## STATE OF CONNECTICUT *v.* LOUIS CAMPBELL
## (AC 31950)

DiPentima, C. J., and Bishop and Gruendel, Js.

Argued March 21—officially released April 12, 2011

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MANION JORDAN
## (AC 32024)

Lavine, Robinson and West, Js.

Argued March 23—officially released April 12, 2011

Per Curiam. The judgment is affirmed.

## DARIO GUZMAN *v.* COMMISSIONER
## OF CORRECTION
## (AC 31371)

Bishop, Beach and Bear, Js.

Argued March 23—officially released April 12, 2011

Per Curiam. The appeal is dismissed.